**Order filed, June 8, 2022.**



**In The**

**Fourteenth Court of Appeals**

_____

**NO. 14-22-00080-CV**

_____

**BRIAN  WILLIAMS, Appellant**

**V.**

**EVA HOWARD PROVOST, Appellee**

**On Appeal from the Probate Court No 1**
**Harris County, Texas**
**Trial Court Cause No. 441,709-401**

**ORDER**

The reporter's record in this case was due **May 6, 2022**.  *See* Tex. R. App. P. 35.1.  On May 6, 2022, this court granted the court reporters request for extension of time to file the record until June 6, 2022.  To date, the record has not been filed with the court.  Because the reporter's record was not filed within the time prescribed in the previous request, we issue the following order.

We order Tina White, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain and Poissant.